# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

RICKY JOHNSON

NO. 2022 KW 1015

**DECEMBER 1, 2022**

---

In Re: Ricky Johnson, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 05-05-0110.

---

**BEFORE: WHIPPLE, C.J., GUIDRY AND WOLFE, JJ.**

**WRIT DENIED.**

> VGW
> JMG
> EW

COURT OF APPEAL, FIRST CIRCUIT

_a.Sv_
_____
DEPUTY CLERK OF COURT
      FOR THE COURT